

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2016

No. 04-16-00333-CV

**IN RE** Cleo **BUSTAMANTE**, Jr.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice, dissenting
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Jason Pulliam, Justice

On September 2, 2016, a majority of the en banc court, *sua sponte* granted en banc consideration of this original proceeding. *See* TEX. R. APP. P. 41.2. Accordingly, this mandamus proceeding will be submitted to the entire court for consideration.

It is so **ORDERED** on September 12, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 12-05-27517, styled *Roberto Fernandez and Maria Imelda Flores v. Abaco Consultants, Inc., et al*, pending in the 365th Judicial District Court, Maverick County, Texas, the Honorable Amado J. Abascal, III presiding.